# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
## Office of the Clerk
324 West Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk

Telephone:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6013

January 9, 2023

Valerie L. Bateman
NEW SOUTH LAW FIRM
209 Lloyd St.
Suite 350
Carrboro, NC 27510

Dear Counsel:

    Re: Sullivan v. The University of North Carolina Health Care System
    Case No.: 1:22cv847

    No response has been filed to the Defendant The University of North Carolina Health Care System's partial motion to dismiss filed December 16, 2022 [See Local Rule 7.3(f) and (k)]. consequently, this motion will be referred to the Court on January 25, 2023, for consideration, without a hearing, on the unopposed motion.

    If the motion is opposed and excusable neglect can be shown for having failed to respond, I will submit the explanation and proposed response to the Court.

    Sincerely,

    JOHN S. BRUBAKER, CLERK

    By: /s/ Debbie Blay
        Case Manager