IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN D. SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22CV847 |
| | ) | |
| THE UNIVERSITY OF NORTH CAROLINA | ) | |
| HEALTH CARE SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER APPROVING JOINT RULE 26(f) REPORT AND
DEFENDANT'S REVISED LOCAL RULE 5.5 REPORT**

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 26) submitted by the parties and the Revised Local Rule 5.5 Report (Docket Entry 27) submitted by Defendant. The Court approves the Joint Rule 26(f) Report (Docket Entry 26) with the following clarification: Plaintiff shall be allowed through February 22, 2024, to request leave to join additional parties or to amend pleadings. As to the Revised Local Rule 5.5 Report (Docket Entry 27), the Court approves the Report to the extent the Court orders the parties to adhere to the procedures of Local Rule 5.4(c) regarding filing documents under seal. Further, consistent with the default language in Local Rule 5.5:

> In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

FURTHER, should the parties' assessment regarding the necessity/volume of documents to be filed under seal changes as discovery progresses, the parties shall promptly submit to the Court a proposed alternative procedure to address such documents.

FURTHER, the Court encourages the parties to work cooperatively and in good faith in all aspects of discovery.

SO ORDERED.

/s/ Joe L. Webster
United States Magistrate Judge

Date: November 28, 2023