Exhibit 4

# Hooker, Linda

| | |
|---|---|
| **From:** | Valerie Bateman <valerie@newsouthlawfirm.com> |
| **Sent:** | Monday, June 24, 2024 11:45 AM |
| **To:** | Stricklin, Jill |
| **Cc:** | Doaks, Nia |
| **Subject:** | RE: J Sullivan - Will Bryant availability for depo [IMAN-WORKSITE.FID2975693] |

Jill, I think I previously indicated that I have a pre-trial conference scheduled for July 8. It will be next to impossible and costly to schedule the deposition with the caveat that if the pre-trial conference is not over, I will not be able to attend because there would then be the court reporter cost, etc. I find this a less than optimal situation and would rather look to his next available date that works for everyone and jointly ask the Court to extend the discovery deadline to accommodate that date. Are you amenable to this solution? Valerie

**June is Pride Month.**
*Support all those who follow their arrow, wherever it points.*

*If you are neutral in situations of injustice, you have chosen the side of the oppressor. -Desmond Tutu*

*"The arc of the moral universe is long, but it bends toward justice."-Theodore Parker*



Valerie L. Bateman
209 Lloyd St
Suite 350
Carrboro, NC 27510
919.810.3139
valerie@newsouthlawfirm.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.
**NOTICE: This email does not constitute your engagement of our legal services nor our agreement to provide such services, and unless and until such time as an engagement letter is signed by both parties, the above is for informational purposes only and should not be considered legal advice.**

**From:** Stricklin, Jill <jstricklin@constangy.com>
**Sent:** Monday, June 24, 2024 9:54 AM

**To:** Valerie Bateman <valerie@newsouthlawfirm.com>
**Cc:** Doaks, Nia <ndoaks@constangy.com>
**Subject:** RE: J Sullivan - Will Bryant availability for depo [IMAN-WORKSITE.FID2975693]

Good morning, Valerie. Will Bryant can be available for a deposition (remotely or at UNC Health's Morrisville location) from 2:30 – 4:30 PM on Monday, July 8th. Please let us know as soon as possible if this date/time will work. This seems to be the only workable time on his calendar at this point. Thanks, Jill

---

**Jill Stricklin**
**Partner - Appellate Practice Group Co-Chair**

Constangy, Brooks, Smith & Prophete, LLP
Direct: 336.721.6861
Email**:** jstricklin@constangy.com • View Bio/VCard
One West 4th Street
Suite 850
Winston-Salem, NC 27101
Main: 336.721.1001 • Fax: 336.748.9112

**From:** Stricklin, Jill
**Sent:** Friday, June 21, 2024 5:21 PM
**To:** 'Valerie Bateman' <valerie@newsouthlawfirm.com>
**Cc:** Doaks, Nia <ndoaks@constangy.com>
**Subject:** RE: J Sullivan - UNC Health's Discovery Follow up [IMAN-WORKSITE.FID2975693]

Hi Valerie,

No update yet about Will Bryant's deposition. We'll continue our efforts. Jill

---

**Jill Stricklin**
**Partner - Appellate Practice Group Co-Chair**

Constangy, Brooks, Smith & Prophete, LLP
Direct: 336.721.6861
Email**:** jstricklin@constangy.com • View Bio/VCard
One West 4th Street
Suite 850
Winston-Salem, NC 27101
Main: 336.721.1001 • Fax: 336.748.9112

**From:** Stricklin, Jill
**Sent:** Friday, June 21, 2024 11:58 AM
**To:** Valerie Bateman <valerie@newsouthlawfirm.com>
**Cc:** Doaks, Nia <ndoaks@constangy.com>
**Subject:** RE: J Sullivan - UNC Health's Discovery Follow up [IMAN-WORKSITE.FID2975693]

Hi Valerie,

Thanks for your email. Yes, we've been researching the question you raised about Paul Bednar's email as well as a few other document questions that arose during the deposition. We've retrieved the original email from Mr. Bednar – the one that was produced was a PDF of a document saved by HR. A screenshot of the full email from the review platform is

below. We'll work with our ediscovery folks on getting the document downloaded and numbered for production. I anticipate getting it to you early next week.

We've determined that Will Bryant is no longer available for deposition on June 28th, as originally offered. We're trying to determine what feasible alternatives exist. I expect to hear further on that this afternoon and will get back to you as soon as I do. (Actually, I'd hoped to hear this morning, but didn't want to delay getting this response to you while we await further word.)

As to Tracy Parham, UNC Health will not agree to make her available for deposition. There are several bases for our objections, but they primarily relate to Ms. Parham's lack of knowledge of matters related to the parties' claims and defenses, as well as proportionality and "apex doctrine" concerns given her status as a top executive.

Jill

## Sourcing Director scores

**From:** Bednar, Paul [/O=UNC HEALTH CARE SYSTEM/OU=UNCH/CN=RECIPIENTS/CN=PBE

**To:** Rotar, Ryan [Ryan.Rotar@unchealth.unc.edu]

Hello Ryan,

Here are my Sourcing Director interview scores:

|  | Josh | Jack |
|---|---|---|
| Technical / Professional Knowledge and Skills | 3.5 | 3.5 |
| Decision Making | 4 | 2 |
| Building Partnerships | 4 | 4 |
| Planning and Organizing | 2 | 3 |
| Motivational fit | 3 | 3 |

Regards,
Paul

**Paul Bednar** | Interim HCS Director Distribution & Logistics
UNC Health
4400 Emperor Blvd, Durham NC
p (984) 974-4603
Paul.Bednar@unchealth.unc.edu

**Jill Stricklin**

**Partner - Appellate Practice Group Co-Chair**

**Constangy, Brooks, Smith & Prophete, LLP**
Direct: 336.721.6861
Email**:** jstricklin@constangy.com • View Bio/VCard
One West 4th Street
Suite 850
Winston-Salem, NC 27101
Main: 336.721.1001 • Fax: 336.748.9112

---

**From:** Valerie Bateman <valerie@newsouthlawfirm.com>
**Sent:** Thursday, June 20, 2024 3:54 PM
**To:** Stricklin, Jill <jstricklin@constangy.com>
**Subject:** RE: J Sullivan - UNC Health's Discovery Follow up

Jill, I wanted to follow up and ensure that you noted we would like the complete email from Paul Bednar transmitting his scores to Ryan Rotar.

I am also inquiring about Will Bryant's availability and that of Tracy Parham for deposition.



*If you are neutral in situations of injustice, you have chosen the side of the oppressor. -Desmond Tutu*

*"The arc of the moral universe is long, but it bends toward justice."-Theodore Parker*



Valerie L. Bateman
209 Lloyd St
Suite 350
Carrboro, NC 27510
919.810.3139
valerie@newsouthlawfirm.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.
**NOTICE: This email does not constitute your engagement of our legal services nor our agreement to provide such services, and unless and until such time as an engagement letter is signed by both parties, the above is for informational purposes only and should not be considered legal advice.**

---

**From:** Stricklin, Jill <jstricklin@constangy.com>
**Sent:** Tuesday, May 28, 2024 4:15 PM

**To:** Valerie Bateman <valerie@newsouthlawfirm.com>; June Allison <june@newsouthlawfirm.com>
**Cc:** Doaks, Nia <ndoaks@constangy.com>; Hooker, Linda <lhooker@constangy.com>; Canter, Rebekah <rcanter@constangy.com>
**Subject:** J Sullivan - UNC Health's Discovery Responses [IMAN-WORKSITE.FID2975693]

Hi Valerie and June,

Attached are Defendant's responses to plaintiff's first set of interrogatories and second requests for production in the matter involving Jack Sullivan and UNC Health.

We're in the process of preparing for production the documents referenced in the discovery responses, including Defendant's privilege log. These documents, along with a verification of the interrogatory answers, will be provided as soon as they are available.

Thanks, Jill

---

### Jill Stricklin
**Partner - Appellate Practice Group Co-Chair**
Direct: 336.721.6861
Email: jstricklin@constangy.com • View Bio/VCard
One West 4th Street
Suite 850
Winston-Salem, NC 27101
Main: 336.721.1001• Fax: 336.748.9112



http://www.constangy.com

5

Case 1:22-cv-00847-LCB-JLW   Document 38-4   Filed 07/05/24   Page 5 of 5