UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-CV-847-LCB-JCW

| | |
|---|---|
| JOHN D. SULLIVAN | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNIVERSITY OF NORTH CAROLINA HEALTH CARE SYSTEM, | ) ) ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S RULE 54(b) MOTION TO THE MAGISTRATE JUDGE TO RECONSIDER ORDER (dated August 27, 2024)**

COMES NOW Plaintiff Jack Sullivan ("Plaintiff" or "Sullivan") and files this brief in support of Plaintiff's Rule 54(b) Motion to Magistrate Judge Webster to Reconsider his Order dated August 27, 2024.

The first basis upon which Plaintiff's moves for reconsideration is the portion of the Text Order denying Plaintiff's Motion to Extend Time to Response to the Defendant's Motion for a Protective Order for lack of excusable neglect.

The second basis upon which Plaintiff moves for reconsideration is thee portion of the Text Order granting Defendant's Motion for a Protective Order

1

precluding Plaintiff from deposing Will Bryant.

In support of this Motion, Plaintiff has attached exhibits to this Motion as listed below and has contemporaneously filed a Memorandum in support:

Exhibit 1         Text Order dated August 27, 2024

Exhibit 2         Doc53 / Amended Plaintiff's Motion to Extend Time (Doc53)

Exhibit 3         Plaintiff's New Brief in Support of Motion to Extend Time

Exhibit 4         Plaintiff's Response to Defendant's Second Motion for a Protective Order

Respectfully submitted, this 3rd day of September 2024.

| | |
|---|---|
| /s/ VALERIE L. BATEMAN | /S/ JUNE K. ALLISON |
| Valerie L. Bateman | June K. Allison |
| NC State Bar No. 13417 | NC State Bar No. 9673 |
| NEW SOUTH LAW FIRM | NEW SOUTH LAW FIRM |
| 209 Lloyd Street, Ste 350 | 233 S. Laurel Avenue |
| Carrboro, North Carolina 27510 | Charlotte, NC  28207 |
| Tel:  919-810-3139 | Tel:  704-277-0113 |
| Fax: 919-823-6383 | Fax: 919-823-6383 |

*Counsel for Plaintiff*

## CERTIFICATE OF FILING AND SERVICE

This is to certify that the undersigned has this day electronically filed or caused to be filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system which will send notification of the filing of the document to all counsel of record.

This 3rd day of September 2024.

/s/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM
