UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-CV-847-LCB-JCW

| | |
|---|---|
| JOHN D. SULLIVAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNIVERSITY OF NORTH CAROLINA HEALTH CARE SYSTEM, | ) ) ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S AMENDED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S SECOND MOTION FOR A PROTECTIVE ORDER (DOC 53)**

COMES NOW the Plaintiff pursuant to Fed. R. Civ. P. 6(b)(1)(b) and Local Rule 26.1(d) and moves this Court to extend the deadline for one week for Plaintiff to file a response to Defendant's second motion for a protective order DOC51, filed on Tuesday, August 6, 2024. In support of this motion, Plaintiff has filed a supporting brief.

1

Respectfully submitted, this 2nd day of September 2024.

| | |
|---|---|
| /s/ VALERIE L. BATEMAN | /S/ JUNE K. ALLISON |
| Valerie L. Bateman | June K. Allison |
| NC State Bar No. 13417 | NC State Bar No. 9673 |
| NEW SOUTH LAW FIRM | NEW SOUTH LAW FIRM |
| 209 Lloyd Street, Ste 350 | 233 S. Laurel Avenue |
| Carrboro, North Carolina 27510 | Charlotte, NC  28207 |
| Tel:  919-810-3139 | Tel:  704-277-0113 |
| Fax: 919-823-6383 | Fax: 919-823-6383 |

*Counsel for Plaintiff*

## CERTIFICATE OF FILING AND SERVICE

This is to certify that the undersigned has this day electronically filed or caused to be filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system which will send notification of the filing of the document to all counsel of record.

This 2nd day of September 2024.

/s/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM